**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01335-CMA-BNB

KENDALL KULLMAN,

    Plaintiff,

v.

COLORADO SPRINGS FINE ARTS CENTER, a Colorado nonprofit corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 12). The Court having considered the Stipulation To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: August __14__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge